AO 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

JEFFREY M. JASKOL and STACEY J. JASKOL
**Individually and On Behalf of All Others Similarly
Situated,**

                            **Plaintiff,**

              vs.

**XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D.,
THOMAS D. DAVIS, BRUCE C. HAYDEN, and
GRANT THORNTON LLP,**

**SUMMONS IN A CIVIL CASE**

Case Number:    0 5 - 2 6 8

**TO:**    Thomas D. Davis
        XYBERNAUT CORPORATION
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road, Suite 400
        Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        **Seth D. Rigrodsky (DSBA #3147)**
        **Ralph N. Sianni (DSBA #4151)**
        **Brian D. Long (DSBA # 4347)**
        **MILBERG WEISS BERSHAD & SCHULMAN LLP**
        **919 N. Market St., Suite 411**
        **Wilmington, DE  19801**
        **Telephone:  (302) 984-0597; Facsimile:  (302) 984-0870**

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  Any answer that you serve on the parties must be filed
with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                    5/4/03

CLERK                                     DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action -

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 5-5-5 |
|---|---|
| NAME OF SERVER *(PRINT)* Marshal Malave | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:  _____

☐ Other (specify): served Mary Drummond at Registered agent Corporation Service Corp 2711 Centerville Rd Wilmington DE 19808

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-5-5___
Date

_____
Signature of Server

4 E 7th St Wilmington DE 19801
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.