## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS, <br><br> Defendants. | x <br> : <br> :    Case No. 1:05-cv-00222 (SLR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

[Caption continues on next page]

## MOTION OF THE JAMES GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware 19801
Telephone: (302) 984-0597
--and--
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

**HOLMAN LAW OFFICE**
Thomas A. Holman
One Pennsylvania Plaza — Suite 4632
New York, N.Y. 10119
Telephone: (212) 699-4596

*Plaintiff's Counsel*

Dated: June 14, 2005

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230

*Proposed Lead Counsel*

MOSHE TAL, On Behalf of Himself and All
Others Similarly Situated,

               Plaintiff,

    vs.


XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D., and
THOMAS D. DAVIS,

               Defendants.

:    Case No. 1:05-cv-00242 (SLR)

MICHAEL FEHRENBACHER, Individually and
On Behalf of All Others Similarly Situated,

               Plaintiff,

    vs.


XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, M.D. STEVEN A. NEWMAN and
THOMAS D. DAVIS,

               Defendants.

:    Case No. 1:05-cv-00256 (SLR)

JEFFREY M. JASKOL and STACEY J. JASKOL,
Individually and On Behalf of All Others Similarly
Situated,

               Plaintiff,

    vs.


XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D., and
THOMAS D. DAVIS,

               Defendants.

:    Case No. 1:05-cv-00268 (SLR)

**Caption continues on next page]**

JOSEPH DANIEL WAUHOP, On Behalf of
Himself and All Others Similarly Situated,

:

                Plaintiff,

:

Case No. 1:05-cv-00310 (SLR)

       vs.

:

XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, M.D.,
THOMAS D. DAVIS, JOHN F. MOYNAHAN
and GRANT THORNTON LLP,

:

              Defendants.

:

[CHRISTINA W. DONNELLY, JOHN
DONNELLY, JAMES G. WILLIAMSON and
RICHARD W. DEARBORN, Individually and On
Behalf of All Others Similarly Situated,

:

Case No. 1:05-cv-00334 (JJF)

              Plaintiff,

:

       vs.

:

XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, THOMAS
D. DAVIS and BRUCE C. HAYDEN,

:

              Defendants.

:

CHARLES W. SMITH, Individually and On
Behalf of All Others Similarly Situated,

:

              Plaintiff,

:

Case No. 1:05-cv-00354 (SLR)

       vs.

:

XYBERNAUT CORPORATION, EDWARD G.
NEWMAN, STEVEN A. NEWMAN, THOMAS
D. DAVIS, BRUCE C. HAYDEN and GRANT
THORNTON LLP,

:

              Defendants.     x

Class members Kenneth James, La Rocca Pietro, Michael A. Farmakis, David S. Pennington, and Christina Donnelly (collectively, the "James Group" or "Movant"), upon the accompanying Declaration of Ralph Sianni, dated June 14, 2005, the accompanying memorandum of law in support, and upon all other papers and prior proceedings had herein, hereby move this Court for an Order:

(A) consolidating the above-captioned actions;

(B) appointing the James Group as Lead Plaintiff;

(C) approving the James Group's choice of Milberg Weiss Bershad & Schulman LLP and Stull, Stull & Brody as Lead Counsel; and

(D) Granting such other and further relief as may be just, proper and equitable.

DATED:  June 14, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By ____/s/ Ralph N. Sianni_____
          Seth D. Rigrodsky (#3147)
          Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware  19801
Tel.: (302) 984-0597

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Tel.: (212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
6 East 45th Street
New York, New York 10017
Tel.: (212) 687-7230
Fax.: (212) 490-2022

*Proposed Lead Counsel*

**HOLMAN LAW OFFICE**
Thomas A. Holman
One Pennsylvania Plaza — Suite 4632
New York, N.Y. 10119
Tel.: (212) 699-4596
Fax.: (212) 947-9967

*Plaintiff's Counsel*