IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Wauhop v. Xybernaut Corp. et al. | ) ) ) | Civil Action No. 1:05cv310-SLR |
| Smith v. Xybernaut Corp. et al. | ) ) ) | Civil Action No. 1:05cv354-SLR |
| Jaskol v. Xybernaut Corp. et al. | ) ) ) | Civil Action No. 1:05cv268-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification (as page 2, hereto), counsel moves the admission pro hac vice of Andrew J. Morris to represent Grant Thornton LLP in these matters.

Signed: _____

#2385

Laurence V. Cronin
SMITH, KATZENSTEIN & FURLOW
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
302-652-8400

Attorney for Grant Thornton LLP

Date: 7/5/05

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____         _____
                                      United States District Judge