# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July 2005, I served a copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** upon the following counsel of record via e-filing:

| | |
|---|---|
| Jessica Zeldin, Esquire<br>Rosenthal, Monhait, Gross & Goddess, PA<br>919 Market Street, P.O. Box 1070<br>Wilmington, DE 19899 | Robert Ray Davis, Esquire<br>Chimicles & Tikellis, LLP<br>One Rodney Square, P.O. Box 1035<br>Wilmington, DE 19899 |
| Ralph Nicholas Sianni, Esquire<br>Seth D. Rigrodsky, Esquire<br>Milberg, Weiss, Bershad & Schulman, LLP<br>919 N. Market Street, Suite 411<br>Wilmington, DE 19801 | David Phillip Primack, Esquire<br>Drinker, Biddle & Reath<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |

   /s/ Laurence V. Cronin
Laurence V. Cronin (ID 2385)

10004378.WPD