## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>                Defendants. | Case No. I:05-cv-268 (SLR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1. LeClair Ryan, A Professional Corporation is authorized to accept on behalf of defendant Bruce C. Hayden, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Hayden's defenses except as to sufficiency of service of process.

2. The time for Hayden to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of:
(a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended complaint, if any, is served upon counsel for Hayden.

| | |
|---|---|
| Dated: July 13, 2005 | Dated: July 14, 2005 |
| **MILBERG WEISS BERSHAD & SCHIULMAN LLP** | **RICHARDS, LAYTON & FINGER** |
| By: /s/ Ralph N. Sianni | By: /s/ |
| Seth. Rigrodsky (#3 147) | Raymond J. DiCamillo (#3188) |
| Ralph N. Sianni (#4151) | Jeffrey L. Moyer (#3309) |
| Brian D. Long (#4347) | One Rodney Square |
| 919 N. Market Street, Suite 411 | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-0597 (Tel) | (302) 651-7700 (Tel) |
| (302) 984-0870 (Fax) | (302) 651-7701 (Fax) |
| | |
| --and-- | --and-- |
| | |
| **MILBERG WEISS BERSHAD & SCHULMAN LLP** | **LECLAIR RYAN, A PROFESSIONAL CORPORATION** |
| Steven G. Schulman | William E. Donnelly |
| David P. Brower | 1701 Pennsylvania Avenue, N.W. |
| Peter F. Seidman | Suite 1045 |
| Sharon M. Lee | Washington, D.C. 20006 |
| One Pennsylvania Plaza – 49th Floor | |
| NewYork, NY 10119-0165 | **Counsel for Defendant** |
| Telephone: (212) 594-5300 | **Bruce C. Hayden** |
| Facsimile: (212) 868-1229 | |
| | |
| **Plaintiff's Counsel** | |

SO ORDERED.

Dated:_____, 2005

_____
United States District Judge

**WEISS & LURIE**
Joseph H. Weiss
551 Fifth Avenue
New York, New York 10176
(212) 682-3025 (Tel)
(212) 682-3010 (Fax)

**Plaintiffs' Counsel**