IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEFFREY M. JASKOL and STACEY     )
J. JASKOL, individually and       )
on behalf of all others           )
similarly situated,               )
                                  )
       Plaintiffs,            )
                                  )
  v.                              ) Civ. No. 05-268-SLR
                                  )
XYBERNAUT CORPORATION, EDWARD     )
G. NEWMAN, STEVEN A. NEWMAN,      )
M.D., THOMAS D. DAVIS, BRUCE      )
C. HAYDEN, and GRANT THORNTON     )
LLP,                              )
                                  )
       Defendants.            )

## O R D E R

At Wilmington this 17th day of August, 2005, defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 35);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

                                               _____
                                               United States District Judge