# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 17, 2005

VIA UPS DELIVERY
Elizabeth Paret, Clerk
Albert V. Bryan United States Courthouse
Eastern District of Virgina
401 Courthouse Square
Alexandria, VA 22314-5798

RECEIVED
MAILROOM
NOV 1 0
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re:   MDL-1705, In re Xybernaut Corp. Securities Litigation

Dear Ms. Paret:

In accordance with the Transfer Order of the Judicial Panel on Multidistrict Litigation, filed in the above referenced case on November 7, 2005, I am transferring Delaware Civil Case Nos. 1:05-222-SLR, 1:05-242-SLR, 1:05-256-SLR, 1:05-268-SLR, 1:05-310-SLR, and 1:05-334-SLR to the Eastern District of Virginia. Please find enclosed certified copies of the docket sheets for each of these cases along with copies of each complaint and a compact disk supplied to this court by the plaintiff at case opening.

Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in these cases are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

Sincerely,

Peter T. Dalleo, Clerk

By: _Rosanna L. DiMeo_
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
       All counsel of record were noticed electronically